1  BENJAMIN B. WAGNER
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2772



FILED
JUL 11 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
      DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | S.W. NO. 2:11-sw-269 EFB |
| ) | |
| The premises at the Homestead ) | |
| Studio Suites Hotel, 2810 ) | |
| Gateway Oaks Drive, Room No. ) | ORDER UNSEALING SEARCH WARRANT |
| 162, Sacramento, Sacramento, ) | AND SEARCH WARRANT AFFIDAVIT |
| County, California, including ) | |
| the hotel room, all storage ) | |
| areas and all trash receptacles ) | |
| assigned to Room No. 162. ) | |

   Upon application of the United States of America and good cause having been shown,

   IT IS HEREBY ORDERED that the search warrant and search warrant affidavit in the above-captioned proceeding be and are hereby unsealed.

Date: July 7, 2011

_____
DALE A. DROZD
United States Magistrate Judge